# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROLL, et al., | 1:08cv1716 LJO DLB |
| Plaintiffs, | ORDER REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiffs Mark Roll and Robert Lastine filed the instant action on November 4, 2008. However, only Plaintiff Mark Roll submitted an application to proceed in forma pauperis. In requesting to proceed without payment of fees, ALL Plaintiffs must submit an application to proceed in forma pauperis. Accordingly, if Plaintiff Robert Lastine is not a minor, he must submit his own application.

If Plaintiff Robert Lastine is a minor, he is advised that he cannot represent himself. If Plaintiff Mark Roll, or another qualified individual, wishes to proceed on his behalf, he must submit an application for appointment of a guardian ad litem. Plaintiff is forewarned, however, that a non-attorney parent or guardian cannot bring an action on behalf of a minor child without retaining an attorney. <u>Johns v. County of San Diego</u>, 114 F.3d 874, 877 (9th Cir. 1997).

1  Accordingly, within thirty (30) days of the date of this order, (1) Plaintiff Robert Lastine
2 must submit his own application to proceed in forma pauperis; OR, if Robert Lastine is a minor,
3 (2) Plaintiff Mark Roll, or another qualified individual, must submit an application for
4 appointment of a guardian ad litem *and* proof of representation.
5  If Plaintiff Robert Lastine is a minor and fails to retain an attorney, he will be dismissed
6 from this action without prejudice.  <u>Complete failure to respond to this order will result in a
7 recommendation that this action be dismissed</u>.
8  IT IS SO ORDERED.
9  Dated:   **November 15, 2008**           /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE