# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROLL, et al., | 1:08cv1716 LJO DLB |
| Plaintiffs, | ORDER DISMISSING PLAINTIFF ROBERT LASTINE |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

    Plaintiffs Mark Roll and Robert Lastine filed the instant action on November 4, 2008. On December 9, 2008, in response to the Court's inquiry, Plaintiff Mark Roll indicated that he did not intend to include Robert Lastine as a plaintiff and requested that the Court dismiss him.

    Accordingly, Plaintiff Robert Lastine is DISMISSED from this action. The Clerk of Court is DIRECTED to change the docket accordingly.

    IT IS SO ORDERED.

Dated:  **December 23, 2008**        **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE