# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK ROLL, et al., | ) | 1:08cv1716 LJO DLB |
| | ) | |
| Plaintiffs, | ) | ORDER VACATING MARCH 11, 2009, |
| | ) | FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 13) |
| | ) | |
| CALIFORNIA DEPARTMENT OF | ) | ORDER GRANTING PLAINTIFF |
| CORRECTIONS AND | ) | ADDITIONAL TIME TO FILE |
| REHABILITATION, et al., | ) | AMENDED COMPLAINT |
| | ) | |
| Defendants. | ) | |

Plaintiff, proceeding pro se and in forma pauperis, filed this civil rights action on November 4, 2008. On December 24, 2008, the Court dismissed Plaintiff's complaint with leave to amend. Plaintiff was granted an extension of time to file his amended complaint, but failed to do so. Therefore, on March 11, 2009, the Court issued Findings and Recommendation that Plaintiff's action be dismissed for his failure to follow the Court's December 24, 2008, order.

On March 24, 2009, Plaintiff submitted objections to the Findings and Recommendation and explained why he was unable to meet the Court's deadline. Accordingly, the Court VACATES the March 11, 2009, Findings and Recommendation.

1 | Plaintiff is GRANTED additional time, until May 1, 2009, within which to file his
2 | amended complaint in compliance with the Court's December 24, 2008, order.[1]

IT IS SO ORDERED.

Dated: **March 26, 2009**         /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Insofar as Plaintiff requests that the Court place his action on "postponement," his request is denied.