# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ROLL, et al., | 1:08cv1716 LJO DLB |
| Plaintiffs, | ORDER VACATING JULY 15, 2009, FINDINGS AND RECOMMENDATION |
| v. | (Document 19) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

    Plaintiff, proceeding pro se and in forma pauperis, filed this civil rights action on November 4, 2008.  On May 27, 2009, the Court dismissed Plaintiff's Second Amended Complaint with leave to amend.  Plaintiff failed to file an amended complaint within the time allowed.  Therefore, on July 15, 2009, the Court issued Findings and Recommendation that Plaintiff's action be dismissed for his failure to follow the Court's May 27, 2009, order.

    On July 20, 2009, Plaintiff submitted a letter to the Court along with his Third Amended Complaint.  Plaintiff's letter explains why he was unable to meet the Court's deadline.  Accordingly, the Court VACATES the July 15, 2009, Findings and Recommendation.

    IT IS SO ORDERED.

Dated:   July 31, 2009           /s/ Dennis L. Beck
                                                              UNITED STATES MAGISTRATE JUDGE